## No. 5583.

### HENRY NELSON VS. HENRY MULLER.

The defendant having sold to the plaintiff a triangular piece of ground in the Faubourg Marigny, went with him to point out the property, and did point out and put him in possession of a piece of ground apparently of the size and shape of that sold, but it was not the property sold. The plaintiff built a house upon it, drained and fenced it, and planted a large number of fruit trees. About sixteen months after the sale, the defendant had the plaintiff ejected.

The suit was for damages to the plaintiff, an ignorant laborer, which the lower court fixed at $1,150.00.

APPEAL from the Fourth District Court of New Orleans. LYNCH, J.

*Lacey & Butler* for Plaintiff.   Rice for Defendant Appellant.

SPENCER, J., delivered the opinion affirming the judgment.